IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

TY R. SHELTON,                          )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )      No. CIV-11-288-L
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner, Social Security           )
Administration,                         )
                                        )
            Defendant.                  )

# O R D E R

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for disability insurance benefits and supplemental security income payments under the Social Security Act.  Pursuant to 28 U.S.C. § 636(b), this matter was referred to the Honorable Bana Roberts for initial decision.  On November 17, 2011, Judge Roberts issued her Report and Recommendation, recommending that the Commissioner's decision be reversed and that this matter be remanded for further proceedings.

The court file reflects that no party objected to the Report and Recommendation within the time limits prescribed.  Having conducted a de novo review of this matter, the court finds that the Report and Recommendation should be adopted in its entirety.  The decision of the Commissioner is therefore

REVERSED.   This matter is REMANDED to the Commissioner for further pro-

ceedings.  Judgment will issue accordingly.

It is so ordered this 14th day of December, 2011.

_Tim Leonard_

TIM LEONARD
United States District Judge

2